ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 13 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:11-CR-192 |
| ERIN HACKNEY | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 3, 2010, in the Northern District of Georgia, the defendant, ERIN HACKNEY, did knowingly and willfully receive and unlawfully have in his possession coins, jewelry, gold, and silver which had been stolen from the United States mail on July 31, 2010, and defendant did receive and unlawfully possess said coins, jewelry, gold, and silver with knowledge that said coins, jewelry, gold, and silver were stolen, in violation of Title 18, United States Code, Section 1708.

### COUNT TWO

On or about August 16, 2010, in the Northern District of Georgia, the defendant, ERIN HACKNEY, did knowingly and willfully receive and unlawfully have in his possession coins, jewelry, gold, and silver which had been stolen from the United States mail on August 14, 2010, and defendant did receive and unlawfully possess said coins, jewelry, gold, and silver with knowledge that said

coins, jewelry, gold, and silver were stolen, in violation of Title 18, United States Code, Section 1708.

## COUNT THREE

On or about August 23, 2010, in the Northern District of Georgia, the defendant, ERIN HACKNEY, did knowingly and willfully receive and unlawfully have in his possession coins, jewelry, gold, and silver which had been stolen from the United States mail on August 21, 2010, and defendant did receive and unlawfully possess said coins, jewelry, gold, and silver with knowledge that said coins, jewelry, gold, and silver were stolen, in violation of Title 18, United States Code, Section 1708.

## COUNT FOUR

On or about September 20, 2010, in the Northern District of Georgia, the defendant, ERIN HACKNEY, in a matter within the jurisdiction of the United States Government, that is, a criminal investigation conducted by the United States Postal Inspection Service, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, that is, in an interview with Postal Inspectors Gina Harrell, Kemie Green, Eric George, and Tracy Jefferson the defendant stated that he did not know Terrence Langford, that he did not recognize a picture of Terrence Langford as anyone he had done business with, and that he

had not purchased coins, jewelry, gold, and/or silver from Terrence Langford, in violation of Title 18, United States Code, Section 1001.

## FORFEITURE PROVISION

This indictment charges the defendant, ERIN HACKNEY, with violations of Title 18, United States Code, Section 1708. Pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853, upon conviction of any such violation of Title 18, United States Code, Section 1708, such convicted defendant shall forfeit to the United States (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. Such property includes, but is not limited to, the following:

Further, if any of the property described as being subject to forfeiture, as a result of any act or omission of the defendant;

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of this Court;

(d) has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant.

A ___true___ BILL

___/s/ Ann C. Austin___
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

___/s/ Wm. L. McKinnon, Jr.___
WILLIAM L. MCKINNON, JR.
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No.  495812

600 Richard B. Russell Federal Bldg.
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6046