IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-192-JEC |
| ERIN HACKNEY | : | |

### PARTIES' JOINT MOTION TO CONTINUE TRIAL

Comes now the United States of America by and through counsel Sally Quillian Yates, United States Attorney, and William L. McKinnon, Jr., Assistant United States Attorney, and the defendant, Erin Hackney, by and through counsel Edward T. M. Garland and Donald F. Samuel, and hereby jointly move to continue the trial presently set for August 29, 2011. As good cause therefor, the parties respectfully show the following:

(1)

On August 4, 2011, the Court scheduled the trial for the instant case for August 29, 2011.

(2)

Before the trial was scheduled, counsel for the Government had scheduled personal leave for August 9 through August 19 for a vacation trip outside the United States. Non-refundable airline tickets have been purchased for counsel and counsel's son for that trip. Moreover, Government counsel has a trial scheduled for

Monday, September 6, before Judge William C. O'Kelley in the case of <u>United States v. Saucedo</u>. Although the <u>Saucedo</u> case is not the first case set for trial before Judge O'Kelley on September 6, counsel has been advised to be prepared for trial that day in the event the case or cases proceeding the <u>Saucedo</u> case are resolved or continued.  The defendant in the <u>Saucedo</u> case is in custody.  The defendant in the instant case is not in custody.

(3)

Because of counsel's pending vacation, the pendency of the <u>Saucedo</u> trial, and counsel's need to attend to a number of other matters on other cases in which counsel is lead counsel for the Government, counsel will have insufficient time to prepare the instant case for trial on August 29, 2011.

(4)

Counsel for the Government is authorized to state that the defendant joins in the instant motion.  The defendant is charged with theft by receiving property stolen from the United states mail.   Counsel   for   the   defendant   are   investigating   the circumstances surrounding the defendant's alleged receipt of the stolen property.  Counsel requests additional time to complete the investigation and provide reciprocal discovery.  Moreover, counsel for the defendant are lead counsel in a complex fraud trial in the

Charlotte Division of the Western District of North Carolina which is scheduled to begin in late September or early October.  Counsel expects the trial to last approximately two months.  Because of these matters, counsel for the defendant join in the instant motion to continue the trial from August 29, 2011.

(5)

The parties suggest that the Court reset the trial for a date certain, but no earlier than October 1, 2011.  Counsel for the Government is authorized to state that should the Court set the trial for a date that conflicts with defense counsel's trial in the Western District of North Carolina, counsel will move at the appropriate time that the trial be reset again.

WHEREFORE, the parties jointly move to continue the trial from August 29, 2011.

                                      Respectfully submitted,

                                      SALLY QUILLIAN YATES
                                      UNITED STATES ATTORNEY

                                      /s/ *William L. McKinnon, Jr.*
                                      WILLIAM L. MCKINNON, JR.
                                      ASSISTANT UNITED STATES ATTORNEY

                                      600 Richard B. Russell Fed. Bldg.
                                      75 Spring Street, S.W.
                                      Atlanta, GA 30303
                                      404/581-6000
                                      Georgia Bar No. 495812

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will automatically send notification via email regarding the filing of the instant motion:

      Edward T. M. Garland
      Donald F. Samuel

This 9th day of August, 2011.

                              <u>/s/ *William L. McKinnon, Jr.*</u>
                              WILLIAM L. MCKINNON, JR.
                              ASSISTANT UNITED STATES ATTORNEY